## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
## SOUTH BEND DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| TERESA S. CLIFFORD | ) | CASE NO.  05-38897 |
| SSN:  xxx-xx-8820 | ) | CHAPTER 13 |
| DEBTOR(S) | ) | |

## NOTICE TO BUDGET AUTO THAT $0.81 HAS BEEN DEPOSITED INTO THE COURT'S UNCLAIMED FUNDS ACCOUNT IN TREASURY FUND #106000

Comes now Debra L. Miller, Standing Chapter 13 Trustee, and gives notice to Budget Auto, creditor herein, and deposits $0.81 in the Court Clerk's Unclaimed Funds Account in Treasury Fund #106000.

1.     That the last known address for Budget Auto was:

2043 W. Lusher Street
Elkhart, IN 46517

2.     That several of the Standing Chapter 13 Trustee's disbursement checks have been returned with a "Forwarding Order Expired" stamped on the front of the envelope by the Postmaster;

3.     Subsequent attempts to locate this creditor were fruitless;

4.     That any objections to said Deposit should be made in writing, with the Court Clerk.

Dated:     1-19-10

Respectfully Submitted

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee
P.O. Box 11550
South Bend, IN 46634
(574) 251-1493

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the attached was sent on ___1-19-10___

By U. S. Mail to the Debtors and Creditor as follows:
Debtor(s): Teresa Clifford, 315 Arcade, Elkhart, IN 46514
Creditor:  Budget Auto, 2043 W. Lusher Street, Elkhart, IN 46517

By electronic e-mail to the following:
U. S. Trustee:  ustregion10.so.ecf@usdoj.gov
Debtor's Attorney:  kmmcgrath2@hotmail.com

/s/ Rosemary Ward-Wilson